Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 1 5 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of ‛ARIZONA,

_____ Division

James Russell Myers
C/o P.O. Box 552
Ctw AZ 86326
YAVAPAI,
928-301-1862

James Russell Myers

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-



Michael R. Bluff

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  **CV-17-08273-PCT-GMS**

(to be filled in by the Clerk's Office)

Jury Trial: *(check one)* ☒Yes ☐No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

|  | |
|---|---|
| Name | James Russell Myers |
| Address | 4700 E. Zalesky Road |
|  | P.O. box 552 Cottonwood AZ. 86326 |
| County | Yavapai |
| Telephone Number | 928-301-1862 |
| E-Mail Address | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Michael R. Bluff |
| Job or Title (if known) | Superior Court Division 7 Judge |
| Address | 2840 N. COMMONWEALTH DRIVE |
|  | CAMP VERDE, ARIZONA 86322 |

|  | City | State | Zip Code |
|---|---|---|---|

| | |
|---|---|
| County | Yavapai |
| Telephone Number | 928 567 7775 |
| E-Mail Address (if known) | |

[X] Individual capacity    [X] Official capacity
UNKNOWN                    UNKNOWN

**Defendant No. 2**

| | |
|---|---|
| Name | JOHN DOE (s) |
| Job or Title (if known) | UNKNOWN |
| Address | |

|  | City | State | Zip Code |
|---|---|---|---|

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address (if known) | |

[X] Individual capacity    [X] Official capacity
UNKNOWN                    UNKNOWN

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3

Name ___JANE DOE(s)___

Job or Title *(if known)* ___UNKNOWN___

Address _____

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County _____
Telephone Number _____
E-Mail Address *(if known)* _____

☒ Individual capacity
   UNKNOWN
☒ Official capacity
   UNKNOWN

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County _____
Telephone Number _____
E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

___SEE ATTACHED___

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

_SEE  ATTACHED_

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

_SEE  ATTACHED_

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

_SEE  ATTACHED_

B.    What date and approximate time did the events giving rise to your claim(s) occur?

_SEE  ATTACHED_

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

_SEE  ATTACHED_

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

IRRERAIRABLE

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

FULL AGREEMENT of "Settled" PLEA BARGAIN

"SEE ATTACHED"

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *DECEMBER, 15 2017*

Signature of Plaintiff    *James Russell Myers*

Printed Name of Plaintiff    James Russell Myers

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

| City | State | Zip Code |
|------|-------|----------|

Telephone Number    _____

E-mail Address    _____

ATTACHMENT

ATTACHMENT

ATTACHMENT

~in pro persona~

James Russell Myers. Sui juris

C/o P.O. Box 552

Cottonwood, 86326.

Yavapai, Arizona.

928-301-1862(msg.)

All rights reserved.

Without prejudice.

James Russell Myers

    Plaintiff,

Vs.

MICHAEL R. BLUFF &

JOHN&JANE.DOE'S Defendants.

ORIGINAL FILED THIS
DAY OF _____ DEC 15 2017
DONNA McQUALITY
Clerk of Superior Court
By: _____ B. Ledarhos
Deputy

**In the SUPERIOR COURT of the STATE of ARIZONA In and for the county of YAVAPAI**

**VERIFIED CRIMINAL COMPLAINT**

**ON INFORMATION**

CASE No. V1300CV2017**80033**

-CIVIL RIGHTS VIOLATIONS-FRAUD-MALICE-JUDICAL INTERFEARANCE IN A CIVIL RIGHTS FEDERAL COURT CASE-OBSTRUCTION OF JUSTICE-DEPRIVATION OF RIGHTS UNDER COLOR OF LAW-PRE MEDITATED MURDER-CONSPIARCY-CRUEL & UNUSAL PUNISHMENT-DISCRIMINATION.

Comes now James Russell Myers *[signature]* sui juris, citizen of Arizona pursuant to 18U.S.C.-4 & A.R.S.13-201 to report and serve this verified criminal complaint on information against the above named and unnamed individuals in action specific to the violations of my civil rights. Charges are. Violation of the Sixth Amendment of the Constitution of these "United States of America." Violations of the Constitution of the State of Arizona; Article Two Sections: One, Three, Four, Eight, Nine, Eleven, Thirteen, Fifteen, Twenty-four, Thirty, Thirty-two, Thirty-six. ADDITIONALLY, BUT NOT LIMITED TO: 5U.S.C.-556(d), 13U.S.C.-3620, 8U.S.C.-201, 18U.S.C.-3.1, 8U.S.C.-4,18U.S.C.-241, 18U.S.C.-242, 18U.S.C.-245(b)(c) 18U.S.C.-247, 18U.S.C.-249, 18U.S.C.-1001, 18U.S.C.-1111, 18U.S.C.-1201(g)(f), 18U.S.C.-1341, 18U.S.C.-1342, 18U.S.C.-1343, 18U.S.C.-1342, 18U.S.C.-1343, 18U.S.C.-1502, 18U.S.C.-1512, 18U.S.C.-1513, 18U.S.C.-1589, 18U.S.C.-1590, 18U.S.C.-1591, 18U.S.C.-1584, 18U.S.C.-1591, 18U.S.C.-1592, 18U.S.C.-1593(a),

1/7

18U.S.C.1594(a)(c)(d)(e), 18U.S.C.-1596, 18U.S.C.-1692(g), 18U.S.C.-3271, 18U.S.C,-19/371, 18U.S.C.-2422, 42U.S.C-3631, 28U.S.C.-1764, 42U.S.C.300-25(aa), A.R.S.11-584, A.R.S.12-120, A.R.S.13-201, A.R.S.13-1003, A.R.S.13-704, A.R.S.13-2407, A.R.S.38-443, A.R.S.16-6.1, A.R.S.16-6.3, A.R.S.16-8.2, A.R.S.16-8.3, A.R.S.16-8.4, A.R.S.16-8.6.

Title 42U.S.C.-1986, & 42U.S.C.-1985

Ethical rules and opinions; 1.10, 1.7, 3.4, 3.8, 8.4. aba/bna manual p.901:2070

As opposition will be the "B.A.R." I claim rules of civil procedure 12(b) as right, additionally LrCiv.81(c) is declared. Oral argument requested. Jury trial by demand. Plaintiff asserts the Rule Codified as <u>28.6</u> in objection to any attempted motion for removal to any higher court as this would be in violation of above rule as such this is the court of jurisdiction. This civil action shall be in a jury of this community and of our peers.

Plaintiff opinions to this and any court that under the state of Arizona constitution. The State of Arizona is forbid to fund nor finance the defense in this civil action as any such assistance would violate said constitutional laws thus establishing co-conspirators. Opinion mine.

Attached is the following for reference.

1. The United States Department of Justice office of the Attorney General's;

<u>MEMORANDUM FOR ALL COMPONETS</u>.

**<u>"Prohibition on Inproper Guidance Doctuments"</u>** dated November 16, 2017.

2. **<u>PRACTITIONERS JUDICAL REPORT</u>** cover sheet, preface, entire document will be filed (485 pages) documents can be viewed free as per first page. Declaration of sovereignty. Attached.

3. Law citation can be found in the cases filed in; Yavapai county Superior Court in and for the state of Arizona. Additionally the District Court in and for the District of Arizona with my name on them respectfully. I can will provide all citation by way of exhibit or refiling. Please note this will be quite large.

My letter from a valid Phd. Is in the record as to my mental status. I am willing to submit to A hair follicle test, polygraph, and complete psychological exam by method that is both fair and just. Note the current practice is neither fair nor just and I would object to any such practice.

STATEMENT FOR CLAIM;

Comes now James Russell Myers sui juris, citizen of Arizona pursuant to 18U.S.C.-4 and A.R.S. 13-201 to serve this VERIFIED CRIMINAL COMPLAINT ON INFORMATION against the following named and unnamed individuals. In action specific to V1300-CR2016-80361. This action is not meant to harass, delay, nor intimidate any legitimate "legal" action in anyway. This is my right as a citizen of Arizona and my duty as an American. The bases for the allegation for my civil rights and treason is as follows and is documented in the record.

This action stems from doctor Harry Alberti M.D. who is a foreign national. This government the government of these the United States of America, department of social security disability determination agency has now documented twice by way of the State of Arizona, as well as the State of Oklahoma. Additionally the state of Arizona independently diagnosed the viral infection by way of Phoenix children's hospital, Arizona state quality control management, also this infection was found in the child's blood drawn by doctor Wendy Tuccille M.D. (a foreign national) November 22, 2013, the state by their own findings with doctor Anna Wolyn M.D. (a foreign national) diagnoses the child in question virally infected and immune deficient. Regardless. The doctor Anna wolyn has now fled the country back to her homeland of Poland. She is a material witness in both the state of Arizona vs. JAMES RUSSELL MYERS, (a factious entity) additionally a material witness in the Federal Courts. This doctor Harry Alberti willfully and want ingle violated the Federal government Public health law known as 42-U.S.C.300-25.aa. this mandatory law is meant to be a safety catch for the controlled drugs "VACCINES". This law is MANDATORY as there is the chance the reaction is 'VIRAL' in this case it

was on November 11, 2010. The virus is rated as a human carcinogen at the level three rating for bio-hazard. This "reaction" ended up lawfully and just fully in the United States Court of Federal Claims known as the vaccine courts case 13-885. Doctor Jura M.D. (a foreign national) saw the child just prior to the kidnapping now documented with the F.B.I. on October 13 2017. The child while in a quarantined room with doctor Jura and doctor Jeffery Lavoy both M.D. suffered a hypoxic event similar to the heart attack recorded on November 22 2013 in the Flagstaff medical center while under the care of doctor Susan Haffner M.D. whom is unknown at this time if she is also a foreign national or not however she has fled the state. The doctor Harry Alberti M.D. has fled the city of Cottonwood Arizona his whereabouts are unknown to me at this time. The doctor Wendy Tuccille is now in the process of fleeing the city of Cottonwood Arizona it is my statement she is preparing to flee the country as well. She has produced a letter to myself that all "records" are being transferred. Medical records are electronic thus there is no transfer process. She is consolidating her practice thus she is in the process of flight. These facts are documented in both state and federal records and are now part of this record.

As for the causation for this action I as defendant can no longer allow my civil rights to be violated and this to continue it is unfortunate that this has gone this far. The plea bargain I submitted under the direction on one of the previous public defenders I felt was fair and just. it is unfortunate in my opinion it was ignored. On January 03 2017 I appeared before defendant in his court as was scheduled, he failed to call my case. Both public defender and prosecutor were present as well as myself. On that day there was a valid and just suit filed in the same Superior court building. The prior judge in my case was named as one of the many defendants. The suit was filed within the hour of my name not being called. It is without doubt this employee in the same superior court had knowledge of said suit V1300CV20170002.

November 13 2017 this defendant gave very specific orders to the "public defender" standing in the position claiming to be my assigned defender. That "public defender" violated his order that very day, witnesses saw the "public defender" hastily reenter the courthouse assuming they were going to comply with defendants orders. It appears they did not.

December 11 2017 this defendant found the "public defender" urging this himself to expedite the newly filed motion to withdraw. This motion was to be filed on the prior court date November 13 2017, as it was the defendants order.

The record reads on October 24 2016 the prior judge ordered the "public defender" to meet with myself in order to review the evidence in the file to be used in the criminal trial where my loss of liberty is at risk, thus my life considering my health and age. This meeting has not taken place as of this date of filing.

All filings by defense counsel is and was in opposition of there documentation, actions were done without my knowledge nor my consent furthermore when events were discovered defense refused to correct the events. This became out of hand on November 13 2017 with the filing of last minuet motions again without my knowledge. This motion deprives myself of my civil rights and I object.

The state has filed a whited out redacted power of attorney this is fraud in the courts and against my civil rights.

The valid power of attorney and the Arizona Department of Child safety instructions to maintain the Power of Attorney along with all state and Federal medical documents is in the possession of the Phoenix field office of the F.B.I. October 13 2017. A kidnapping has occurred along with a color of law violation. The report was moved. The exhibit filed by the state with the whited out power of attorney was viewed along with the same documents in possession of the FBI by the U.S. Marshalls office at the Saundra day O'Connor court house on November 08 2017.

The Cottonwood, Arizona Police department has a open report on pre-meditated murder as there is a federally disabled child being deprived medical care and

methods of mobility set forth in federal laws established for federally disabled children. Report number W170913437.

The Cottonwood Arizona Police department has a open report on threats as I was threatened as if I returned to where I only "suspected" the child was under medical care. It turns out I was correct. W170013894.

The Yavapai county sheriffs have an open report about the fraud in the court and have the jurisdiction. They have the evidence viewed by the above mentioned agencies. 17-044183. Prior report of perjury is yet to be responded to.

The Arizona department of public safety assisted with the service of the citizen's arrest on GREGORY McKAY on December 01 2017 by proxy on his executive director Mike Faust. Badge 5299 and number 6247 respectively.

The records from all actions filed in either state and Federal Courts in the state of Arizona since July 06 2016. Will be submitted.

Members of the "Arizona DCS oversite committee". Including but not limited to "A.j. James" & "Lori J. Ford" will be called as additional witness to the above mentioned events.

Additionally the following will be called along with those listed in my plea bargain so wrongfully sealed, again a violation of my civil rights.

The F.B.I. Arizona "Duty" officer of the day October 13 2017. Additionally the agents "encountered" along with the Phoenix Police department abruptly after departing the FBI field office.

The United States Marshalls officer of the day and assistant on December 08 2017.

The Arizona department of Public Safety director along with the above referenced badge numbers.

The Yavapai county sheriff along with the above mentioned report authors.

Additionally officer Jeb Stewart whom is well known to the issues at hand.

The Cottonwood Arizona chief of police with the above mentioned report authors.

Additionally all officers with past history of the family. Threats are unsubstituted.

The Arizona department of child safety director along with this child's medical doctor whom is responsible for this federally disabled terminally ill child's medical care and coordination. Whom is by chance a "agent" of the department. All department employees with involvement with the child will be called including MALLEY P. GREGG the author of the written instructions demanding the Power of Attorney to be maintained as well as their supervisor.

The superintendent of the Cottonwood Oak creek school district as well as actors from the same district whom participated in the events upon the family, July 06 2016. Additionally district employees past and present with involvement and knowledge of myself and the child..

Any person in a position of power whom allows this to continue upon the child and my self has violated United States Constitutional as well as state Constitution laws.

The record of the doctors departure appears in this state records. I would plead such person to reconsider the plea bargain as I am a reasonable man.

I file this action under duress as I fear for my life, yet I am not afraid I fear for my spouse as she is innocent yet she suffers.

I fear for my children as it is documented in the record the witnesses will be "taken care of", they are the witnesses.

I fear for the child so wrongfully taken as it is now well documented there is only his death in the planning as is his captures full intentions now documented in history. It is unfortunate that the respondents in Federal Court have taken this path. It is further most unfortunate that we as neighbors are driven to such actions by forces outside our control. The charges against me are unjust and well unfounded. As there only seems to be death and malice inflicted towards myself, I hereby make claim against all Emoluments this person of title my have by whatever means in the full amount of  NINEHUNDRED MILLION DOLLARS AND  00/100 cents. for the willful violations of my civil rights as set forth above and the records.

ATTACHMENT

ATTACHMENT

ATTACHMENT

# ARIZONA NOTICE OF SOVEREIGNTY

I *James* /James - *Russell* /Russell - *Myers* /Myers hereby serve this notice of sovereignty to the governor of this the state of;

Arizona, one of the fifty states that compromise these the United States of America, to the sitting Governor, governor *Doug Ducey* that according to the Constitution of this state the State of Arizona for which you are under oath to uphold for most, so help you God.

Furthermore, as birthright any and all of my children and those for whom I have any documentation of any custody or guardianship what so ever, shall also be covered by this notice without exception.

**Article Two, Section 32;** "the provisions of this Constitution are mandatory, unless expressed words that are declared to be otherwise.". I have never expressed such words without being under DURESS that would be considered to be my waiving of these rights so set forth in this states constitution.

To clarify, my rights that are of my up most concern are as follows;

**The constitution of the state of Arizona.** Article Two Sections, One, Three, Four, Eight, Nine, Eleven, Thirteen, Fifteen, Twenty-four, Thirty, Thirty-two, Thirty-six.

**The Constitution of these United States of America.** The sixth Amendment.

If any person or persons under your authority willfully, conspiratorially, maliciously violates any of these rights either as an individual, agency, stakeholder or entity, or agent may God have mercy upon them as these are my inalienable rights set forth as it is your oath and Emoluments for which claims shall be made.

*James Russell Myers*

Notarial acknowledgment; STATE OF ARIZONA

County of; _____

This instrument was acknowledged before me this _____ day of _____, 20___

By _____ NOTARY PUBLIC/_____

~(      SEAL      )~

CR-17-8309-PCT-DLR

IN THE STATE OF ARIZONA IN AND

FOR THE DISTRICT COURT OF ARIZONA

FILED
RECEIVED

DEC 0 6 2017

CLERK ____ COURT
DISTRICT __ __
BY _____ DEPUTY

James Russell Myers

Plaintiff,

Vs.

To be Filed in

Michael R. Bluff ;

**Defendant**

Citizens Arrest Warrant

TREASON*, PRE-MEDIATED MURDER.

KIDNAPPING, CONSPIARCY.

COLOR OF LAW VIOLATION.

HUMAN RIGHTS LAW VIOLATION.

Violation or the emoluments clause* (*suspected)

In association with:17-CR08296. Filed,11/22/17

The ~~Honorable~~ Judge David G. Campbell.

SEX: |RACE: |DO |HG: ' " |WGT: |EYES: |HAIR:

ADRESS: 401WEST WASHINGTON .STREET.    SUITE#623.

CITY: PHOENIX  |STATE: ARIZONA    |ZIP CODE: 85003-2118

~TO ALL RESIDENTS OF THE UNITED STATES OF AMERICA~

INCLUDING ANYONE BOUND BY OATH TO PROTECT FROM TERRISOM.

I James Russell Myers a Resident of Arizona residing in Yavapai County Hereby Issue and Authorize this Citizen's Arrest under the Authority of Title 18, Section 2236-(b). Furthermore, this action is Authorized by ARS:13-3884-(2). Upon penalty of "Perjury" I attest this day by my signature attached the statements contained herein are true and factual. The documentation for all charges above were received by the Phoenix AZ Field Office of the F.B.I. on October 13-2017. On November 22, 2017. The same Federal documentation was filed in District Court case referenced above. My statement of claim is attached and made part of this document additionally as a "OFFICER" you are hereby made aware your non-compliance would be in violation of 42 U.S.C. 1985 and specifically I would hold any such officer in violation of Title 42 U.S.C.1986. I would issue a warrant for any officer violating any such code.        James Russell Myers

Notarial acknowledgment; STATE Of: Arizona COUNTY Of: YAVAPAI. This instrument was acknowledged before me this 8th day of December, 2017. By James Russell Myers. NOTARY PUBLIC/_____ seal. (_____).

SEE CITIZENS ARREST WARRANT ISSUED. 12/1/17. Gregory McKay    now in possession of the Arizona department of public safety as attachment made to this document.



# Office of the Attorney General
## Washington, D. C. 20530

November 16, 2017

MEMORANDUM FOR ALL COMPONENTS

FROM: THE ATTORNEY GENERAL

SUBJECT: Prohibition on Improper Guidance Documents

The Department of Justice has the duty to uphold the laws of the United States and to ensure the fair and impartial administration of justice. Therefore, when the Department engages in regulatory activity, it should model the lawful exercise of regulatory power.

In promulgating regulations, the Department must abide by constitutional principles and follow the rules imposed by Congress and the President. These principles and rules include the fundamental requirement that agencies regulate only within the authority delegated to them by Congress. They also include the Administrative Procedure Act's requirement to use, in most cases, notice-and-comment rulemaking when purporting to create rights or obligations binding on members of the public or the agency. Not only is notice-and-comment rulemaking generally required by law, but it has the benefit of availing agencies of more complete information about a proposed rule's effects than the agency could ascertain on its own, and therefore results in better decision making by regulators.

Not every agency action is required to undergo notice-and-comment rulemaking. For example, agencies may use guidance and similar documents to educate regulated parties through plain-language restatements of existing legal requirements or provide non-binding advice on technical issues through examples or practices to guide the application or interpretation of statutes and regulations. But guidance may not be used as a substitute for rulemaking and may not be used to impose new requirements on entities outside the Executive Branch. Nor should guidance create binding standards by which the Department will determine compliance with existing regulatory or statutory requirements.

It has come to my attention that the Department has in the past published guidance documents—or similar instruments of future effect by other names, such as letters to regulated entities—that effectively bind private parties without undergoing the rulemaking process.

The Department will no longer engage in this practice. Effective immediately, Department components may not issue guidance documents that purport to create rights or obligations binding on persons or entities outside the Executive Branch (including state, local,

Memorandum for the Attorney General
Subject: Improper Guidance Documents                                                    Page 2

and tribal governments).  To avoid circumventing the rulemaking process, Department components should adhere to the following principles when issuing guidance documents:

- Guidance documents should identify themselves as guidance, disclaim any force or effect of law, and avoid language suggesting that the public has obligations that go beyond those set forth in the applicable statutes or legislative rules.

- Guidance documents should clearly state that they are not final agency actions, have no legally binding effect on persons or entities outside the federal government, and may be rescinded or modified in the Department's complete discretion.

- Guidance documents should not be used for the purpose of coercing persons or entities outside the federal government into taking any action or refraining from taking any action beyond what is required by the terms of the applicable statute or regulation.

- Guidance documents should not use mandatory language such as "shall," "must," "required," or "requirement" to direct parties outside the federal government to take or refrain from taking action, except when restating—with citations to statutes, regulations, or binding judicial precedent—clear mandates contained in a statute or regulation.  In all cases, guidance documents should clearly identify the underlying law that they are explaining.

- To the extent guidance documents set out voluntary standards (e.g., recommended practices), they should clearly state that compliance with those standards is voluntary and that noncompliance will not, in itself, result in any enforcement action.

All components shall implement these principles immediately with respect to all future guidance documents, in consultation with the Office of Legal Policy.  Components should also implement these principles consistent with policies issued by the Office of Management and Budget, including its Final Bulletin for Agency Good Guidance Practices, 72 Fed. Reg. 3432 (Jan. 25, 2007).  Furthermore, I direct the Associate Attorney General, as Chair of the Department's Regulatory Reform Task Force, to work with components to identify existing guidance documents that should be repealed, replaced, or modified in light of these principles.

For purposes of this memorandum, guidance documents include any Department statements of general applicability and future effect, whether styled as guidance or otherwise that are designed to advise parties outside the federal Executive Branch about legal rights and obligations falling within the Department's regulatory or enforcement authority.  This memorandum does not apply to adjudicatory actions that do not have the aim or effect of binding anyone beyond the parties involved, and it does not address documents informing the public of the Department's enforcement priorities or factors the Department considers in exercising its prosecutorial discretion.  Nor does it address internal directives, memoranda, or training materials for

Memorandum for the Attorney General
Subject: Improper Guidance Documents                                    Page 3

Department personnel directing them on how to carry out their duties, positions taken by the Department in litigation, or advice provided by the Attorney General or the Office of Legal Counsel. This memorandum is an internal Department of Justice policy directed at Department components and employees. As such, it is not intended to, does not, and may not be relied upon to, create any rights, substantive or procedural, enforceable at law by any party in any matter civil or criminal.

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

### Appellate Case: 16 – 14969 FF

TITLE 440: CIVIL RIGHTS, OTHER CIVIL

---

## IN THE COURT OF COMMON PLEAS
## DIVISION OF DOMESTIC RELATIONS
## TRUMBULL COUNTY, OHIO

### CASE NO. 08 DR 00213, CASE NO. 09 DV 00028, CASE NO. 09 DR 00392

---

## IN THE COURT OF THE FIFTH JUDICIAL CIRCUIT
## IN AND MARION COUNTY, FLORIDA

### CASE NO: 2016-DR-3626-FJ

---

**Christopher Edward Hallett**

*Plaintiff - Appellant*

VS

**State of Ohio, Et al**

*Defendants - Appellees*

---

### RE: FEDERAL CASE: 5:16-CV-238-OC-32-TJC-PRL

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION

---

## PRACTITIONERS JUDICIAL REPORT
### BY
## CHRISTOPHER EDWARD HALLETT
### (LIC. NO. 443079)

---

16062 SW 34 CT RD, Ocala, Florida, 34473, Ph. (352)470-8460 challett92@gmail.com

*In The*

# One Hundred-Fifteenth Congress

*Of The*

# United States of America

**UNDER:**
*28 U.S. Code §§ 2201, 2202, 2415*

**IN THE MATTER OF:**

## Christopher Edward Hallett  vs  State of Ohio, Et al

---

**TITLE 440: CIVIL RIGHTS, OTHER CIVIL**

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

**APPELLATE NO: 16-14969**

---

*ARTICLE 1, SECTION 9, CLAUSE 8*
**(A.K.A. THE EMOLUMENTS CLAUSE)**
*Non est arctius vinculum inter hominess quam jusjurandum*

---

## PRACTITIONERS JUDICIAL REPORT
**PREPARED BY:
CHRISTOPHER EDWARD HALLETT
Fiduciary Lic. No. 443079**

---

Christopher E. Hallett
16062 SW 34 CT RD
Ocala, Florida, 34473
(352) 470-8460
challett92@gmail.com

# PREFACE

The following report is presented for review in good faith as a "Friend of the Court" under License Number (443079) as a Fiduciary Practitioner consisting of 9,301 words and 39 pages. (not including Dicta and Appendix sources) My license holds, and is subject to, the "High Standards" consistent with other Fiduciary Practices of Care, Sense of Fair Play, and Equal Protections under the Law. My work as presented to this court, in efforts to, "Assist the Case Presentations" in working with the Plaintiffs in these matters, toward Protecting the Integrity of these Proceedings, the Court, and these Plaintiffs in congruence. A task <u>not</u> undertaken lightly as the very course of multiple lives will be forever altered, therefore the utmost care must remain as the "<u>Standards of Practice</u>" to insure the continuation, and Protection, of **THE CONSTITUTION OF THE UNITED STATES** be interpreted as intended by the 56 men who constructed it. [*see "Statement of Claim" filed March, 2016*]

What may seem rudimentary to so many when in consideration of "Basic Equal Protections" and "Basic Due Process" as related to this Practice; are luxuries it has never been afforded. The fact it has become arrogant and hostile is a "*Side Effect*" of this type of exile. It is for this reason my personal choice of profession was outside of this area of service for years. That was until I received the knock on my door which forever changed the course of my life, and forced me into action for no other purpose than "Self Preservation" in my own case.

Like so many before me I had, for the longest time, given up and decided not to care. I then remembered this: ***But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, <u>it is their duty</u>, to throw off such Government, and to provide new Guards for their future security.***

I

9/10

## NOTICE OF APPEARANCE

On March 13, 2017 **POTUS** issued a lawful EO *13781*. As a Licensed Fiduciary Practitioner, and established Friend of the Court under that License, citing *Qui Tam Provision 31 U.S. Code, § 3730(b),(c),* I am following it in a continued effort to expose these continued assaults upon the court by frauds upon the court and Prosecutorial Misconduct/s. [*see "Serving the Court", pg 12*]

II